Theodore Thomas **WAGNER,**
Plaintiff—Appellant,

v.

Stan **BURTT,** Warden Leiber CI; **Mrs. L. Caryton,** Inmate Grievance **LCI; Mrs. Watford,** Classification **LCI all in their individual and official capacities; Mr. Csear,** Classification **Sup LCI; Jonathan E. Ozmint,** Director **SCDC,** Defendants—Appellees.

No. 06–6304.

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2006.

Decided: July 26, 2006.

Theodore Thomas Wagner, Appellant Pro Se. Nikole Deanna Haltiwanger, Riley, Pope & Laney, L.L.C., Columbia, South Carolina, for Appellees.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Theodore Thomas Wagner, a South Carolina state prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint in which he claims that his constitutional rights were violated by exposure to second-hand, environmental tobacco smoke. We have reviewed the record and find that Wagner failed to establish that he was entitled to relief. *Helling v. McKinney,* 509 U.S. 25, 33–35, 113 S.Ct. 2475, 125 L.Ed.2d 22 (1993) (providing standard). Accordingly, we affirm for the reasons stated by the district court. *Wagner v. Burtt,* No. 3:05–cv–00372–GRA (D.S.C. Jan. 13, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*